SO ORDERED: April 8, 2014.



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

S001014 (rev 05/2013)

In re:

**Jewett Publications, Inc.**,
    Debtor(s).

Case No. **14–80177–JMC–11**

## ORDER TRANSFERRING CASE

A(n) Motion to Transfer Case was filed on March 14, 2014, by Debtor Jewett Publications, Inc. The Court, after reviewing this case, finds that the case should be transferred in the interest of justice or for the convenience of the parties.

**IT IS ORDERED** that this case be transferred to Indianapolis Division.

The Clerk's Office will distribute this order.

###