# Notice Recipients

District/Off: 0756−2         User: hmbutler         Date Created: 4/8/2014
Case: 14−80177−JMC−11        Form ID: s001014       Total: 93

**Recipients of Notice of Electronic Filing:**
aty   David R. Krebs            dkrebs@thbklaw.com
aty   Jeffrey A Hokanson        jhokanson@fbtlaw.com
aty   John Joseph Allman        jallman@thbklaw.com
aty   Mark R. Owens             mowens@btlaw.com
aty   Michael K. McCrory        mmccrory@btlaw.com

                                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jewett Publications, Inc.       219 W. Main Street       Farmersburg, IN 47850
cr          General Electric Capital Corporation       c/o Jeffrey A. Hokanson       Frost Brown Todd LLC       201 North Illinois Street, Suite 1900       Indianapolis, IN 46204
cr          First Farmers Bank &Trust, Co.       c/o Barnes &Thornburg LLP       11 S. Meridian Street       Indianapolis, IN 46204
12726384    A−Korn Roller       3545 S. Morgan Street       Chicago, IL 60609
12726392    AT       P.O. Box 5080       Carol Stream, IL 60197−5080
12726391    AT       P.O. Box 8100       Aurora, IL 60507−8100
12726385    Absopure       Dept. 18−628203       P.O. Box 701760       Plymouth, MI 48170
12726386    Ace Die Cutting, Inc.       10801 E. County Road 100 N       Indianapolis, IN 46234
12726387    Advanta       P.O. Box 9217       Old Bethpage, NY 11804−9217
12726388    Aflac       1932 Wynnton Road       Columbus, GA 31999−0797
12726389    Allied Insurance       Dept. 2176       3820 109th Street       Des Moines, IA 50391−2176
12726390    American Express       P.O. Box 981535       El Paso, TX 79998−1535
12726394    BCT       351 S. Post Road       Indianapolis, IN 46219
12726396    BP       P.O. Box 70087       Charlotte, NC 28772
12726393    Bank of America       P.O. Box 982238       El Paso, TX 79998−2238
12726397    Case Paper Co., Inc.       900 W. 45th Street       Chicago, IL 60609
12726398    Cintas Corporation       5150 E. Margaret Drive       Terre Haute, IN 47803
12726399    Culligan       P.O. Box 477       Terre Haute, IN 47808
12726402    DYC       P.O. Box 824226       Philadelphia, PA 19182−4226
12726401    Duke Energy       P.O. Box 1326       Charlotte, NC 28201−1326
12726405    EMC National Life Company       P.O. Box 9202       Des Moines, IA 50306−9202
12726406    EZ Mailing Service, Inc.       1832 Executive Drive       Indianapolis, IN 46241
12726403    Electronic Strategies, Inc.       6855 Hillsdale Court       Indianapolis, IN 46250
12726404    Electronics for Imaging       P.O. Box 742366       Los Angeles, CA 90074−2366
12726411    FMI       P.O. Box 637797       Cincinnati, OH 45263−7797
12726407    Federal Express       P.O. Bix 94515       Palatine, IL 60094−4515
12726408    Federal Express Freight       Dept. CH       P.O. Box 10306       Palatine, IL 60055−0306
12726409    First Farmers Bank &Trust       123 N. Jefferson Street       Converse, IN 46919
12726410    First Farmers Bank &Trust       c/o IBC Recovery, LLC       4181 E. 96th Street, Suite 200       Indianapolis, IN 46240
12726412    Frontier       P.O. Box 2951       Phoenix, AZ 85062−2951
12726413    Fujifilm North America Corp.       1650 Magnolia Drive       Cincinnati, OH 45215
12726414    G.E. Capital Retail Bank (Sam's Club)       P.O. Box 103104       Roswell, GA 30076
12726418    GM Business Card       P.O. Box 15298       Wilmington, DE 19850−5298
12726419    GM Flex Card       P.O. Box 80082       Salinas, CA 93912−0082
12726400    Gene Davies       205 W. Main Street       Farmersburg, IN 47850
12726415    General Electric Capital Corporation       10 Riverview Drive       Danbury, CT 06810
12726416    General Electric Capital Corporation       c/o Frost Brown Todd, LLC       201 N. Illinois Street, Suite 1900       Indianapolis, IN 46204
12726417    Gill Studios, Inc.       10800 Lackman Road       P.O. Box 2909       Shawnee Mission, KS 66201−1309
12726420    Graphic Arts Service and Supply, Inc.       3933 S. Greenbrooke Drive SE       Grand Rapids, MI 49512
12726421    Graphic Arts Supply       P.O. Box 260       Hobart, IN 46342
12726422    Heidelberg USA, Inc.       1000 Gutenberg Drive NW       Kennesaw, GA 30144
12775089    INDIANA AMERICAN WATER       P.O. Box 578       Alton, IL 62002
12726423    Imaging Financial Services Inc. dba EKCC       P.O. Box 35701       Billings, MT 59107−5701
12726424    Imaging Financial Services Inc. dba EKCC       c/o Frost Brown Todd, LLC       201 N. Illinois Street, Suite 1900       Indianapolis, IN 46204
12726425    Ingebrigsten       208 N. 10th Street       Terre Haute, IN 47807
12731212    Internal Revenue Service       PO Box 7346       Philadelphia PA 19101−7346
12726395    Kevin Bennett       7135 W. West Avenue       West Terre Haute, IN 47885
12765142    Konica Minolta       Attn: Susan Kelly       101 Williams Dr       Ramsey, NJ 07446
12726428    Konica Minolta Premier       P.O. Box 41602       Philadelphia, PA 19101−1602
12726429    Konica Minolta USA, Inc.       Dept. AT 952823       Atlanta, GA 31192−2823
12726430    Label Source       19027 S. Jodi Road, Unit E       Mokena, IL 60448
12726431    Lockman Repair, Inc.       11500 Laforge Street       Terre Haute, IN 47802
12726432    Millcraft       P.O. Box 72466       Cleveland, OH 44192
12726433    Miller White Marketing       1341 Ohio Street       Terre Haute, IN 47807

| | | | |
|---|---|---|---|
| 12726434 | OnLine Yellow Pages | 620 Park Avenue, #163 | Rochester, NY 14607 |
| 12726437 | PJ Trucking | 70 Schley Place | West Terre Haute, IN 47885 |
| 12726435 | Pitney Bowes | 27 Waterview Drive | Shelton, CT 06484 |
| 12726436 | Pitney Bowes Global Financial Services | P.O. Box 371887 | Pittsburgh, PA 15250–7887 |
| 12726438 | Point Click &Drag | 12699 Spurgeon Road | Lynnville, IN 47619 |
| 12726439 | Purchase Power | P.O. Box 371874 | Pittsburgh, PA 15250–7874 |
| 12726440 | RASales and Service Corp. | Air Filter Service Division | P.O. Box 3407    Terre Haute, IN 47803 |
| 12726441 | R–P Mowing Service | c/o Randy Phegley | P.O. Box 33    Farmersburg, IN 47850 |
| 12726442 | Ray Envelope Co. | 450 S. Kitley Avenue | P.O. Box 19187    Indianapolis, IN 46219 |
| 12769366 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 |
| 12726443 | Republic Services of Western IN / Jamax | P.O. Box 9001099 | Louisville, KY 40290 |
| 12726426 | Richard Jewett | P.O. Box 371 | Farmersburg, IN 47850 |
| 12770123 | SPEEDWAY LLC | PO BOX 1590 | SPRINGFIELD OH 45501 |
| 12726444 | Shaughnessy Kniep Hawe | P.O. Box 790051 | Saint Louis, MO 63179–0051 |
| 12726445 | Skinner &Associates, CPA | James Skinner, CPA | 210 N. Jackson    Greencastle, IN 46135 |
| 12726446 | Sullivan County Treasurer | 100 Courthouse Square, Suite 201 | Sullivan, IN 47882 |
| 12726447 | Sunoco | P.O. Box 6407 | Sioux Falls, SD 57117–6407 |
| 12726448 | Superfleet | P.O. Box 1590 | Springfield, OH 45501 |
| 12726449 | Supermedia, LLC | P.O. Box 619009 | DFW Airport    Dallas, TX 75261–9009 |
| 12726427 | Tamara Jewett | P.O. Box 371 | Farmersburg, IN 47850 |
| 12726450 | Terre Haute Chamber of Commerce | 630 Wabash Ave. | Terre Haute, IN 47807 |
| 12726451 | The Hartford | 301 Woods Park Drive | Clinton, NY 13323 |
| 12726452 | The Oldham Group | P.O. Box 5015 | Springfield, IL 62705–5015 |
| 12726453 | Town of Farmersburg | 307 W. Hopewell Street | Farmersburg, IN 47850 |
| 12726456 | UPS | Lockbox 577 | Carol Stream, IL 60132–0577 |
| 12726454 | Unisource | P.O. Box 849089 | Dallas, TX 75284–9089 |
| 12735596 | Unisource Worldwide | 850 N Arlington Hts Road | Itasca, IL 60143 |
| 12726455 | UpDate Ltd | 134 Peavey Circle | Chaska, MN 55318 |
| 12747617 | Update Limited | 134 Peavey Circle | Chaska, MN 55318 |
| 12726457 | VISA Card Services | P.O. Box 419734 | Kansas City, MO 64141 |
| 12726458 | Wells Fargo | P.O. Box 348750 | Sacramento, CA 95834 |
| 12747905 | Wells Fargo Bank, N.A. | Business Direct Division | P.O. Box 29482    Phoenix, AZ 85038–8650 |
| 12726459 | Western States Envelope &Label | P.O. Box 88984 | Milwaukee, WI 53288–0984 |
| 12726460 | Xerox Corporation | P.O. Box 827598 | Philadelphia, PA 19182–7598 |

TOTAL: 88